IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| EDWARD VOLPONI, | § § | |
| Plaintiff, | § | CIVIL ACTION NO. 4:23-CV-00036-SDJ-CAN |
| v. | § § | |
| AMERICAN ECONOMY INSURANCE COMPANY, | § § § § | |
| Defendant. | § | |

**ORDER**

Currently this case is set for a Rule 16 management conference on Wednesday, April 19, 2023, at 10:00 a.m. before U.S. District Judge Sean D. Jordan in Plano, Texas [Dkt. 8]. After the setting of the Rule 16 management conference, this case was referred to the undersigned for all pretrial proceedings [Dkt. 10]. Accordingly, the Court hereby reschedules the Rule 16 management conference to proceed before the undersigned.

It is therefore **ORDERED** that the Rule 16 management conference set for Wednesday, April 19, 2023, at 10:00 a.m. before U.S. District Judge Sean D. Jordan in Plano, Texas [Dkt. 8] is hereby **CANCELED AND RESCHEDULED**.

It is further **ORDERED** that the undersigned will conduct the Rule 16 management conference on *__Thursday, April 20, 2023, at 2:00 p.m.__* at the United States Courthouse – Annex, 200 N. Travis St., Sherman, Texas 75090.

**IT IS SO ORDERED**.
**SIGNED this 10th day of March, 2023.**

_____
Christine A. Nowak
UNITED STATES MAGISTRATE JUDGE