UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| EDWARD VOLPONI, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | |
| § | CIVIL ACTION NO. 4:23-cv-36 |
| AMERICAN ECONOMY § | |
| INSURANCE COMPANY, § | |
| § | |
| *Defendant*. § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Edward Volponi and Defendant American Economy Insurance Company file this Joint Stipulation of Dismissal with Prejudice, and request that the Court dismiss all claims and causes of action that were asserted or could have been asserted herein with prejudice, each party to bear his, her or its own fees and costs.

Respectfully submitted,

*/s/ Melanie C. Schneider*_____
Melanie C. Schneider
Texas Bar No. 24118669
SCHNEIDER LAW
5050 Quorum Drive, Suite 700
Dallas, Texas 75254
Telephone: 972-767-8676
Facsimile: 972-421-1736
MS@storm-legal.com
**ATTORNEY FOR PLAINTIFF**
**EDWARD VOLPONI**

-AND-

*/s/ Kieran W. Leary*_____
Kieran W. Leary
State Bar No. 24108517
kieranl@tbmmlaw.com
Orlando Vera, Jr.
State Bar No. 24100018
orlandov@tbmmlaw.com
Stephen L. Dobbs
State Bar No. 24105807
stephend@tbmmlaw.com
TOLLEFSON BRADLEY MITCHELL &
MELENDI, LLP
2811 McKinney Avenue, Suite 250 West
Dallas, Texas 75204
(214) 665-0119
(214) 665-0199 (fax)
**ATTORNEYS FOR DEFENDANT**
**AMERICAN ECONOMY INSURANCE**
**COMPANY**

## CERTIFICATE OF SERVICE

This certifies that, on December 16, 2025, a true and correct copy of the foregoing document was served via the Court's ECF system upon all counsel of record who are registered ECF users.

                                                */s/ Orlando Vera, Jr.*
                                                ORLANDO VERA, JR.